**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

*401 Market Street, 4th floor*
*Camden, New Jersey 08101*

*856-757-5026*

September 6, 2026

**VIA EMAIL: criminalinfo@njd.uscourts.gov**

Melissa E. Rhoads, Clerk
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Attention: Marcy Plye, Deputy Clerk

Re: *United States v. Marissa Franqui*
Related to: *United States v. Jose Rivas*, Crim. No. 25-735

Dear Ms. Plye:

Enclosed for assignment is an Information charging defendant Marissa Franqui, with drug trafficking conspiracy, in violation of 21 U.S.C. § 846 and contrary to 21 U.S.C. § 841(a)(1) and (b)(1)(C). The charge in the Information arose from the same events that form the basis for the Indictment in the other matter referenced above, which was assigned to the Hon. Renée Marie Bumb, Chief United States District Judge.

Pursuant to Local Criminal Rule 18.1, we are informing you of the relationship of these cases so that you may determine whether these matters should be considered related and assigned to the same District Judge in the interests of judicial economy.

Very truly yours,

ROBERT FRAZER
United States Attorney

*/s/R. David Walk, Jr.*
By: R. David Walk, Jr.
Deputy United States Attorney

Enclosures